UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BUREAU COMMERCIAL FREDDY MICHAUD SA IMMOBILIER, a Foreign Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:04-cv-0274-RLY-WTL |
| JAMES H. VOYLES and VOYLES, ZAHN, PAUL, HOGAN & MERRIMAN, an Association, | ) ) ) ) | |
| Defendants. | ) | |

**ENTRY ON DEFENDANT FIRM'S MOTION TO RECONSIDER**

The court now denies Voyles, Zahn, Paul, Hogan, and Merriman's ("Defendant Firm") Motion to Reconsider. Defendant Firm seeks relief from the court's entry of March 1, 2005, in which the court denied Defendant Firm's Motion for Summary Judgment.

A motion to reconsider, pursuant to Rule 59(e), requires the court to find either newly discovered material evidence or a manifest error of law or fact. *Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000); *Johnny Blastoff, Inc. v. Los Angeles Rams Football Co.*, 188 F.3d 427, 439 (7th Cir. 1999). "A 'manifest error' is not demonstrated by the disappointment of the losing party. It is the 'wholesale disregard, misapplication, or failure to recognize controlling precedent.'" Furthermore, motions to reconsider are not to be used for introducing new theories or rehashing old arguments. *Oto*, 224 F.3d at 606. In this case, Defendant Firm does not identify a change in the law,

a clear error, or manifest injustice; rather, the Defendant Firm improperly uses the motion to reconsider to introduce a new theory.  The Defendant Firm's failure to raise the theory in the Motion for Summary Judgment precludes addressing it in the subsequent Motion to Reconsider.

Accordingly, Defendant Firm's Motion to Reconsider is **DENIED**

**ALL OF WHICH IS ORDERED** this  28th   day of June 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

James R. A. Dawson
SOMMER BARNARD ATTORNEYS, PC
jdawson@sommerbarnard.com

Steven Kenneth Huffer
HUFFER & WEATHERS
steve_huffer@hufferandweathers.com

Richard Charles Richmond III
SOMMER BARNARD ATTORNEYS, PC
richmond@sommerbarnard.com